AB:EHS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – X

UNITED STATES OF AMERICA

　　- against -

PHILLIP PETER PLACIDE,
　　also known as "Rufus Charles,"

　　　　　　Defendant.

– – – – – – – – – – – X

COMPLAINT AND AFFIDAVIT IN
SUPPPORT OF APPLICATION FOR
ARREST WARRANT
(T. 8, U.S.C., §§ 1326(a) and (b)(2))

21-863 M

EASTERN DISTRICT OF NEW YORK, SS:

　　　　FABIO ARROYAVE, being duly sworn, deposes and states that he is a Deportation Officer with the Department of Homeland Security ("DHS"), United States Immigration and Customs Enforcement ("ICE"), duly appointed according to law and acting as such.

　　　　On or about July 27, 2021, within the Eastern District of New York, the defendant PHILLIP PETER PLACIDE, also known as "Rufus Charles," an alien who had previously been removed from the United States after a conviction for the commission of an aggravated felony, was found in the United States, without the Secretary of the United States Department of Homeland Security and the United States Attorney General having expressly consented to such alien's applying for admission.

　　　　(Title 8, United States Code, Sections 1326(a) and (b)(2)).

2

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I am a Deportation Officer with ICE and have been involved in the investigation of numerous cases involving the illegal reentry of aliens. I am familiar with the facts and circumstances set forth below from my participation in the investigation, my review of the ICE investigative file (including the defendant's criminal history record), and from reports of other law enforcement officers involved in the investigation.

2. The defendant PHILLIP PETER PLACIDE, also known as "Rufus Charles," is a citizen and national of Trinidad and Tobago.

3. On or about March 22, 1984, in the Southern District of Florida, the defendant committed armed bank robbery.

4. On or about September 11, 1985, the defendant was sentenced in the Southern District of Florida to a term of incarceration of 12 years.

5. On or about March 17, 1984, the defendant committed armed robbery in Jefferson Parish Louisiana.

6. On or about March 12, 1987, the defendant was sentenced to a term of incarceration of 5 years, to be served concurrently to his federal sentence.

7. On or about August 5, 1992, the defendant was ordered removed from the United States by an Immigration Judge subsequent to his aggravated felony conviction.

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

8. On or about June 15, 1993, the defendant completed his sentence and was removed from the United States to Trinidad and Tobago.

9. On or about August 21, 2020, DHS/ICE Law Enforcement received a confidential tip from a confidential source (the "CS") stating that PLACIDE had returned to the U.S. and was living at 141-38 181st Street, Jamaica, NY. She again reported that saw the subject the week of May 17th, 2021 at this address. She stated that PLACIDE resides in the 2nd floor front unit.

10. The CS provided a social media page which is viewable to the public. The United States Marshals Service viewed the social media page and compared it to the defendant's booking photo and confirmed that the person depicted on the social media page is the same person in the booking photo.

11. A search of immigration records has revealed that there exists no request by the defendant for permission from either the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after removal.

12. It is respectfully requested that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the application and arrest warrant, as disclosure would give the defendant an opportunity to change patterns of behavior and flee from or evade prosecution, and would therefore have a significant and negative impact on the continuing investigation and may severely jeopardize its effectiveness.

4

WHEREFORE, your deponent respectfully requests that a warrant issue for the arrest of the defendant PHILLIP PETER PLACIDE, also known as "Rufus Charles," be dealt with according to law.

FABIO ARROYAVE
Deportation Officer
United States Immigration and Customs Enforcement

Sworn to before me by telephone this 27th day of July, 2021



THE HONORABLE SANKET J. BULSARA
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK